EXHIBIT C

Town Board Meeting #13            July 5, 2019

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

## RESOLUTION 2019 #284 Advertise for a Public Hearing for PLL #7 of 2019 - Zoning

Councilman Schraft moved and Supervisor Hosler seconded,

BE IT RESOLVED, that the Town Clerk is hereby authorized to post and publish the needed legal notice for a public hearing to be held July 17, 2019 at 7:10 p.m. in the Evans Town Hall for consideration of Proposed Local Law #7 of 2019 regarding code revisions to Evans Town Code Chapter 200: Zoning.

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

## RESOLUTION 2019 #285 Appointment of Seasonal Lifeguards

Supervisor Hosler moved and Councilman Macko seconded,

BE IT RESOLVED, that the following individuals be appointed to the PT Seasonal Lifeguard position effective June 29, 2019:

| Name | Salary | Notes |
|---|---|---|
| Alexander Bauer | $11.50 | |
| Devin Bauer | $12.00 | Captain |
| Douglas Coleman | $11.50 | |
| Jillian DeMaria | $12.00 | Captain |
| Sophia Dudziak | $11.50 | |
| Gabriella Dynas | $11.50 | |
| Emily Ignaczak | $12.00 | Captain |
| Kirsten Lehnen | $11.50 | |
| Noah Lepsch | $11.50 | |
| Chelsea Schiedel | $11.50 | |
| Paris Smith | $11.50 | |
| Deanne Wilson | $11.50 | |
| Talia Wright | $11.50 | |

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

## AFFIDAVIT OF PUBLICATION

State of New York

County of Chautauqua

City of Dunkirk

**LEGAL NOTICE**
**TOWN OF EVANS**
Please take notice that the Town Board of the Town of Evans, Erie County, New York will hold a public hearing on July 17, 2019 at 7:10 P.M. at the Evans Town Hall, 8787 Erie Road, Angola, New York 14006 to consider the adoption of Proposed Local Law #6 of the year 2019, pertaining to Agricultural and Open Space District, which will amend Town Code Chapter 200: Zoning.
Further, please take notice that the Town Board of the Town of Evans, Erie County, New York will hold a public hearing on July 17, 2019 at 7:10 P.M. at the Evans Town Hall, 8787 Erie Road, Angola, New York 14006 to consider the adoption of Proposed Local Law #7 of the year 2019, pertaining to Dog Day Care Facilities, which will amend Town Code Chapter 200: Zoning.
Copies of the Proposed Local Laws will be available for inspection by any interested person in the Office of the Town Clerk during normal business hours Monday, Tuesday, Thursday, Friday from 9am – 4pm, Wednesday from 9am – 5pm and the Town's website www.town ofevans.org.
All parties in interest and citizens shall have an opportunity to be heard by the Town Board at the public hearing to be held aforesaid.
By Order of the Town Board of the Town of Evans
Lynn M. Krajacic RMC
Town Clerk
O-16579 July 7, 2019-Adv.

Sheila McWillson,  being duly sworn, deposes and says that

she is the Principal Clerk,  for Ogden Newspapers of New York

Inc.  the publisher of The OBSERVER, a daily newspaper published

in the City of Dunkirk, Chautauqua County, State of New York,

and that a notice of which the annexed is a printed copy, was

inserted and published in said newspaper on the following

dates

July 7, 2019

Signed: *Sheila McWillson*

Sheila McWillson

Signed before me this 8ᵗʰ day of  July  2019

*Barbara J. Musso*

Notary Public

BARBARA J. MUSSO
Notary Public, State of New York
Qualified in Chautauqua County
My Commission Expires 5/4/23

Town Board Meeting #14                                                    July 17, 2019

WHEREAS, the Town of Evans amends section 200-70 permitting page 4 D-1a adding the overlay map by recommendation of the Erie County Division of Planning; and

WHEREAS, Section 200-73, page 15 I-4 reads pursuant to subdivision 9 of Real Property Tax Law in SPS Type 1 owner shall be required to enter into a payment in lieu of taxes PILOT agreement with the town;

NOW, THEREFORE BE IT RESOLVED, that Proposed Local Law #4 of the year 2019, as amended, be adopted as Local Law #5 of the year 2019.

AND BE IT FURTHER RESOLVED, a copy of this resolution be provided to the Planning Office, Code Enforcement Office and the Town Clerk's Office.

VOTE RESULT:      ADOPTED BY ROLL CALL
                  Councilman Macko          Aye
                  Councilman Schraft        Aye
                  Supervisor Hosler         Aye


                      LEGAL NOTICE TOWN OF EVANS

        Please take notice that the Town Board of the Town of Evans, Erie County, New York will hold a public hearing on July 17, 2019 at 7:10 P.M. at the Evans Town Hall, 8787 Erie Road, Angola, New York 14006 to consider the adoption of Proposed Local Law #6 of the year 2019, pertaining to Agricultural and Open Space District, which will amend Town Code Chapter 200: Zoning.

        Further, please take notice that the Town Board of the Town of Evans, Erie County, New York will hold a public hearing on July 17, 2019 at 7:10 P.M. at the Evans Town Hall, 8787 Erie Road, Angola, New York 14006 to consider the adoption of Proposed Local Law #7 of the year 2019, pertaining to Dog Day Care Facilities, which will amend Town Code Chapter 200: Zoning.

        Copies of the Proposed Local Laws will be available for inspection by any interested person in the Office of the Town Clerk during normal business hours Monday, Tuesday, Thursday, Friday from 8am – 4pm, Wednesday from 9am – 5pm and the Town's website www.townofevans.org.

        All parties in interest and citizens shall have an opportunity to be heard by the Town Board at the public hearing to be held aforesaid.

                            By Order of the Town Board
                               of the Town of Evans
                              Lynn M. Krajacic RMC
                                  Town Clerk

159

## *RESOLTUION 2019 #300 Open the Public Hearing*

Supervisor Hosler moved and Councilman Macko seconded to open the public hearing.

VOTE RESULT:       ADOPTED BY ROLL CALL
                   Councilman Macko            Aye
                   Councilman Schraft          Aye
                   Supervisor Hosler           Aye

There were no comments

## *RESOLUTION 2019 #301 Close the Public Hearing*

Supervisor Hosler moved and Councilman Schraft seconded to close the public hearing.

VOTE RESULT:       ADOPTED BY ROLL CALL
                   Councilman Macko            Aye
                   Councilman Schraft          Aye
                   Supervisor Hosler           Aye

## *RESOLUTION 2019 #302 Adopt Proposed Local Law #6 of 2019 - Agricultural & Open Space*

Councilman Macko moved and Councilman Schraft seconded,

WHEREAS, the Evans Town Board held a public hearing on July 17, 2019 for consideration of Proposed Local Law #6 of the year 2019, as amended, which will amend Section 200-8.1(8)(a)[3], increasing size of accessory structures from 2,000 square feet maximum to maximum lot coverage 10% and add to Section 200-8.1, Section A, Subsection (1) No Unreasonable Regulations to Evans Town Code Section 200-8.1, Agricultural and Open Space District (A-OS); and

WHEREAS,  the recommended amendments to the Evans Town Code are consistent with the Town of Evans Comprehensive Plan and are not expected to result in any significant adverse impacts; and

WHEREAS, the Town Board of the Town of Evans declares Lead Agency in accordance with the SEQR process and issues a negative declaration for this action; and

WHEREAS, the Town of Evans has submitted a full statement of proposed action to the Erie County Division of Planning pursuant to GMU Section 239-M, and has received response to the same dated June 28, 2019 making no recommendation as the matter is of local concern;

NOW, THEREFORE BE IT RESOLVED,  that Proposed Local Law #6 of the year 2019, as amended, be adopted as Local Law #6 of the year 2019.

Town Board Meeting #14                                          July 17, 2019

AND BE IT FURTHER RESOLVED,  a copy of this resolution be provided to the Planning Office, Code Enforcement Office and the Town Clerk's Office.

VOTE RESULT:      ADOPTED BY ROLL CALL
                  Councilman Macko          Aye
                  Councilman Schraft        Aye
                  Supervisor Hosler         Aye

*RESOLTUION 2019 #303 Open the Public Hearing*

Supervisor Hosler moved and Councilman Schraft seconded to open the public hearing.

VOTE RESULT:      ADOPTED BY ROLL CALL
                  Councilman Macko              Aye
                  Councilman Schraft            Aye
                  Supervisor Hosler             Aye

The following spoke at the public hearing:
Opposition: Joshua Blust, Nichole Schneider, Bill Henry, Lynda Glascott
Favor:  Michael Argentieri

*RESOLUTION 2019 #304 Close the Public Hearing*

Supervisor Hosler moved and Councilman Schraft seconded to close the public hearing.

VOTE RESULT:      ADOPTED BY ROLL CALL
                  Councilman Macko              Aye
                  Councilman Schraft            Aye
                  Supervisor Hosler             Aye

*RESOLUTION 2019 #305 Adopt Proposed Local Law #7 of 2019 - Dog Day Care*

Councilman Macko moved and Councilman Schraft seconded,

WHEREAS, the Evans Town Board held a public hearing on July 17, 2019 for consideration of Proposed Local Law #7 of the year 2019, as amended, which will amend Section 200-21B of the Evans Town Code to define permitted uses and provide design criteria for Dog Day Care Services within the General Business (GB) Zoning District with a Special Use Permit, to Evans Town Code Section 200-21, General Business District; and

WHEREAS,  the recommended amendments to the Evans Town Code are consistent with the Town of Evans Comprehensive Plan and are not expected to result in any significant adverse impacts; and

Town Board Meeting #14

July 17, 2019

WHEREAS, the Town Board of the Town of Evans declares Lead Agency in accordance with the SEQR process and issues a negative declaration for this action; and

WHEREAS, the Town of Evans has submitted a full statement of proposed action to the Erie County Division of Planning pursuant to GMU Section 239-M, and has received response to the same dated July 1, 2019 making no recommendation as the matter is of local concern;

NOW, THEREFORE BE IT RESOLVED,  that Proposed Local Law #7 of the year 2019, as amended, be adopted as Local Law #7 of the year 2019.

AND BE IT FURTHER RESOLVED,  a copy of this resolution be provided to the Planning Office, Code Enforcement Office and the Town Clerk's Office.

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

### RESOLUTION 2019 #306 Town Clerk's Reports

Supervisor Hosler moved and Councilman Macko seconded to accept the reports of the Town Clerk as presented for the month of June 2019:

| Town Clerk Report June | $49,667.16 |
|---|---|
| Interest for June | $4.84 |
| Greenspace Fee | $700.00 |

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

### RESOLUTION 2019 #307 Remove Item #1 from Old Business - Solar Opt Out

Supervisor Hosler moved and Councilman Schraft seconded to remove Item #1 - Solar Opt Out from Old Business.

| VOTE RESULT: | ADOPTED BY ROLL CALL | |
|---|---|---|
| | Councilman Macko | Aye |
| | Councilman Schraft | Aye |
| | Supervisor Hosler | Aye |

### RESOLUTION 2019 #308 Appointment of Full Time Police Officer

Councilman Schraft moved and Councilman Macko seconded,

162